No. 80–435. VALTEK, INC., ET AL. *v.* CONTROL COMPONENTS, INC., ET AL. C. A. 5th Cir. Motion of Patent Law Association of Chicago for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–511. GENERAL ELECTRIC CO. *v.* CURTISS-WRIGHT CORP. C. A. 3d Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–554. COHN ET AL. *v.* NATIONAL BROADCASTING CO., INC., ET AL. Ct. App. N. Y. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition.

No. 80–519. NELSON OIL CO., INC. *v.* SHELL OIL CO. Temp. Emerg. Ct. App. Motion of Independent Terminal Operators Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–556. CENTRAL LIQUOR CO. ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE dissents from the denial of certiorari because the judgment below is in conflict with the judgments of other Courts of Appeals. *E. g., United States* v. *Alessi,* 536 F. 2d 978 (CA2 1976), and *United States* v. *Griffin,* 617 F. 2d 1342 (CA9 1980).

No. 80–561. CONTROL DATA CORP. *v.* POTTER INSTRUMENT CO. C. A. 4th Cir. Certiorari denied. JUSTICE WHITE dissents from the denial of certiorari because the judgment below is in conflict with the judgments of other Courts of Appeals. *E. g., Martinez* v. *Trainor,* 556 F. 2d 818, 821 (CA7 1977); *Jusino* v. *Morales & Tio,* 139 F. 2d 946 (CA1 1944); *Virginia Land Co.* v. *Miami Shipbuilding Corp.,* 201 F. 2d 506 (CA5 1953).